Circuit Court for Baltimore County
Case No. C-03-CV-25-001906

IN THE SUPREME COURT

OF MARYLAND

Petition No. 10

September Term, 2026

---

MARYLAND MILITARY DEPARTMENT

v.

WAYNE HARRINGTON

---

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,
JJ.

---

PER CURIAM ORDER

---

Filed: May 22, 2026

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|                                | * | IN THE                                              |
| MARYLAND MILITARY DEPARTMENT   | * | SUPREME COURT                                       |
|                                | * | OF MARYLAND                                         |
|                                | * | Petition No. 10 September Term, 2026                |
| v.                             | * |                                                     |
| WAYNE HARRINGTON               | * | (No. 2315, Sept. Term, 2025 Appellate Court of Maryland) |
|                                | * |                                                     |
|                                | * | (Cir. Ct. No. C-03-CV-25-001906)                    |

O R D E R

In the circuit court, the Maryland Military Department sought judicial review of the Office of Administrative Hearing's April 3, 2025 order regarding the Department's termination of an employee. After a hearing, the circuit court affirmed the order and remanded the matter for proceedings consistent with it. The Department, the petitioner, noted an appeal to the Appellate Court of Maryland, but did not file a Civil Appeal Information Report with the appeal. The Appellate Court notified the parties of the case number for the appeal and gave notice to petitioner that the civil appeal information report required by Rule 8-205(b) had not been filed and that failure to file the report within 15 days might result in the dismissal of the appeal. The Department did not file a civil appeal information report, and the appeal was dismissed on January 23, 2026. The petitioner then filed a petition for writ of certiorari and a motion for immediate remand to the Appellate Court. In the petition, the petitioner argues that the failure to file the civil appeal information report was the result of "excusable errors" by counsel, and that the petitioner was unable to make that case to the Appellate Court because that court no longer had

jurisdiction over the appeal.

Upon consideration of the petition for writ of certiorari, the response in opposition to the petition, the motion for immediate remand, and the record in this case, it is this 22nd day of May 2026, by the Supreme Court of Maryland,

ORDERED that the petition for writ of certiorari is granted and the motion for immediate remand is granted in part; and it is further

ORDERED that the Appellate Court's January 23 order dismissing the petitioner's appeal is vacated. The case is remanded to the Appellate Court so that the petitioner may present to that court its contention that its failure to file the civil appeal information report was the result of excusable errors or neglect.



/s/ Matthew J. Fader
Chief Justice

2